```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CR-0037-AWI |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| RICKY LEE ALLEN, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between Plaintiff United States of America and Defendant Ricky Lee Allen, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), Defendant Ricky Lee Allen's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Hi-Point .380 caliber pistol, bearing serial number P750472 and ammunition

    b. One box of Winchester .380 caliber ammunition containing 91 rounds.

2. The above-listed property constitutes firearms and ammunition involved in or used in a knowing violation of

PRELIMINARY ORDER OF FORFEITURE 1

1 | 18 U.S.C. § 922(g).

2. 3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service, in its secure custody and control.

4. a. Pursuant 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C.

///

///

///

§ 2461(c) in which all interests will be addressed.

IT IS SO ORDERED.

Dated:  December 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE